## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cynthia M. Newcomer<br>500 West Brown Street<br>Lock Haven, PA 17745 | : <br> :     CIVIL ACTION<br> : |
|            Plaintiff, | : |
| vs. | :     No. |
| Verizon Pennsylvania<br>500 Technology Drive<br>Weldon Spring, MO 63304<br>      and<br>John Does 1-10<br>and<br>X, Y. Z Corporations | : <br> : <br> :     **JURY TRIAL DEMANDED**<br> : <br> : <br> : <br> : |
|            Defendants. | : |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, and 15 U.S.C. § 1681p, Defendant

Verizon Pennsylvania ("Verizon"), by and through its counsel, Christopher H. Wright &

Associates, P.C., hereby files this Notice of Removal of this case from the Court of Common

Pleas of Clinton County Pennsylvania to the United States District Court for the Eastern District

of Pennsylvania.  In support of this Notice of Removal, Verizon states as follows:

      1.       Verizon is a defendant in a civil action brought against it in the Court of Common

Pleas of Clinton County, Pennsylvania styled *Cynthia M. Newcomer v. Verizon Pennsylvania*,

Case No. 699-2011on the docket of said court.  Copies of all process and pleadings served upon

Verizon in that action are attached as Exhibit "A" pursuant to 28 U.S.C. § 1446(a).

      2.       On October 11, 2011, the First Amended Complaint in the *Newcomer v. Verizon*

action was filed.

      3.       This Notice of Removal is filed within thirty days of Verizon's receipt of the First

Amended Complaint, the initial pleading setting forth the claim for relief upon which such action

is based, as required by 28 U.S.C. § 1446(b).

4.      This Notice of Removal has been served on Plaintiffs' counsel.  A Notice of Filing of Notice of Removal to Federal Court, attached as Exhibit "B," will be filed in the Court of Common Pleas of Clinton County as soon as this Notice of Removal has been filed in this Court, as required by 28 U.S.C. § 1446(d). .

5.      Plaintiff's First Amended Complaint sets forth one claim, alleging a violation of the Fair Credit Reporting Act, 15 U.S.C. 1681, et seq. ("FCRA").

6.      28 U.S.C. § 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.      15 U.S.C. § 1681p provides in pertinent part that "[a]n action to enforce any liability created under [the FCRA] may be brought in any appropriate United States district court, without regard to the amount in controversy, or in any other court of competent jurisdiction…"

8.      The one and only claim asserted by Plaintiff – an alleged violation of the FCRA – arises under federal law, therefore this Court has Federal Question jurisdiction over this action pursuant to 28 U.S.C. § 1331 and removal is required.  See also Haun v. Retail Credit Co., 420 F. Supp. 859 (W.D. Pa. 1976) (provision of FCRA that suit "may be brought in any appropriate United States District Court without regard to amount in controversy, or in any other court of competent jurisdiction" does not amount to a prohibition against removal of a case to federal District Court, since permitting a suit to be "brought" in a particular court allows the plaintiff to commence an action in that court, but it does not connote an assurance that he will be able to keep it there).

WHEREFORE, Verizon hereby removes this action from the Court of Common Pleas of Clinton County to this Court pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, and 15 U.S.C. § 1681p.

BY:

CHRISTOPHER H. WRIGHT, ESQUIRE
Attorney for Defendant, Verizon Pensylvania, Inc.
Attorney Identification No. 27091
Christopher H. Wright & Associates, P.C.
West Valley Business Center
940 West Valley Road, Suite 1904
Wayne, PA 19087
Phone:  610-688-2526
Fax:  610-688-2744

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cynthia M. Newcomer<br>500 West Brown Street<br>Lock Haven, PA 17745 | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | No. |
| Verizon Pennsylvania<br>500 Technology Drive<br>Weldon Spring, MO 63304 | : | |
| and | : | **JURY TRIAL DEMANDED** |
| John Does 1-10 | : | |
| and | : | |
| X, Y. Z Corporations | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Christopher H. Wright, Esquire, hereby certify that service of a true and correct copy of Notice of Removal was made via U. S. First Class Mail to counsel below on November 18, 2011.

Vicki Piontek, Esquire
951 Allentown Road
Lansdale, PA 19446

BY: _____
CHRISTOPHER H. WRIGHT, ESQUIRE
Attorney for Defendant, Verizon Pensylvania, Inc.
Attorney Identification No. 27091
Christopher H. Wright & Associates, P.C.
West Valley Business Center
940 West Valley Road, Suite 1904
Wayne, PA 19087
Phone: 610-688-2526
Fax: 610-688-2744

# Exhibit A

6367935001



IN THE COURT OF COMMON PLEAS
OF CLINTON COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

| | | |
|---|---|---|
| Cynthia M. Newcomer | : | |
| 500 West Brown Street | : | |
| Lock Haven, PA  17745 | : | |
| Plaintiff | : | 699-2011 |
| Vs. | : | |
| VERIZON PENNSYLVANIA | : | |
| 500 TECHNOLOGY DR | : | |
| WELDON SPRING, MO 63304 | : | |
| and | : | |
| John Does 1-10 | : | Jury Trial Demanded |
| and | : | |
| X,Y,Z Corporations | : | |
| Defendant(s) | : | |

### NOTICE TO DEFEND

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice to you for any money claimed in the Complaint or for any other claim or relief requested by Plaintiff(s). You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Mid Penn Legal Services
2054 E College Ave
State College, PA 16801
814-238-4958

6367935001

IN THE COURT OF COMMON PLEAS
OF CLINTON COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

| | | |
|---|---|---|
| Cynthia M. Newcomer | : | |
| 500 West Brown Street | : | |
| Lock Haven, PA 17745 | : | |
| Plaintiff | : | |
| Vs. | : | |
| VERIZON PENNSYLVANIA | : | |
| 500 TECHNOLOGY DR | : | 699-2011 |
| WELDON SPRING, MO 63304 | : | |
| and | : | |
| John Does 1-10 | : | Jury Trial Demanded |
| and | : | |
| X,Y,Z Corporations | : | |
| Defendant(s) | : | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

### INTRODUCTION

1. This is a lawsuit for damages brought by an individual consumer for Defendant(s)'

   alleged violations of the Fair Credit Reporting Act, 15 U.S.C. 1681, et seq. (hereinafter

   "FCRA").

6367935001

## JURISDICTION AND VENUE

2.  All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint

3.  A substantial portion of the conduct complained of occurred in this jurisdiction.

4.  Plaintiff resides in this jurisdiction.

5.  This Court has federal question jurisdiction pursuant to 28 USC 1331 and 15 USC 1681, et. seq.

6.  Venue is proper in this District because Defendant(s) do(es) business in this jurisdiction and avails itself of the benefits of the market in this jurisdiction.

7.  Jurisdiction for this action is asserted pursuant to 28 U.S.C. §1334-1337.

8.  Venue lies in this District pursuant to 28 U.S.C. §1392(b).

9.  Declaratory relief is available pursuant to 28 U.S.C 2201 and 2202.

6367935001

## PARTIES

10. All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint.

11. Plaintiff is Cynthia M. Newcomer, an adult individual with a current address of 500 West Brown Street, Lock Haven, PA  17745.

12. Defendants are the following individuals and business entities.

    a.    VERIZON PENNSYLVANIA, a business entity with a principal place of business located at 500 TECHNOLOGY DR      , WELDON SPRING, MO 63304

    b.    John Does 1-10, individuals or business entities whose identities are not know to Plaintiff at this time, but which will become known upon proper discovery. It is believed and averred that such Does played a substantial role in the commission of the acts described in this complaint.

    c.    X,Y,Z Corporations, business identities whose identities are not know to Plaintiff at this time, but which will become known upon proper discovery.  It is believed and averred that such entities played a substantial role in the commission of the acts described in this complaint.

6367935001

## COUNT ONE: Violation of Fair Credit Reporting Act (FCRA)
### 15 USC 1681 et. seq.
### Verifying Account Without Proper Written Verification

13. All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint.

14. At all times mentioned herein Plaintiff was a consumer as defined by the FCRA.

15. At all times mentioned herein Defendant was a furnisher of information as defined by the FCRA.

16. At various times in writing, Plaintiff contacted Defendant about and alleged consumer debt that appeared on her credit report.

17. The alleged consumer debt had been placed on Plaintiff's credit report by Defendant, and Defendant was therefore a furnisher of information for purposes of the FCRA.

6367935001

18. 15 USC 1681 s-2 requires a furnisher to conduct a reasonable investigation of an account which appears on a consumer's credit report, upon written request of the consumer to do so.

19. The United States Court of Appeals for the Fourth Circuit held that the FCRA requires furnisher to conduct detailed examinations of the documents underlying customer transactions before responding to inquiries about a customer's debt, instead of relying on computer databases that provide convenient but potentially incomplete or inaccurate customer account information. See *Johnson v. MBNA America Bank*, No. 03-1235 (February 11, 2004).

20. At various times in writing, Plaintiff requested that Defendant conduct an investigation about the alleged consumer debt that appeared on Plaintiff's credit report.

21. Defendant(s) failed and willfully refused to conduct an investigation of Plaintiff's account in violation of Defendant's duties pursuant of 15 USC 1681 s-2 et. seq.

22. After Defendant(s) failed and willfully refused to conduct and investigation of Plaintiff's account, Defendant(s), Plaintiff was left with no other recourse than to dispute the account with the relevant credit reporting agencie(s) (CRAs).

23. After Plaintiff disputed the account with the relevant credit reporting agencies(s), Defendant then verified the alleged account with the relevant credit reporting agencies, Defendant(s) despite having willfully refused to conduct an investigation of Plaintiff's account in violation of Defendant's duties pursuant of 15 USC 1681 s-2 et. seq.

24. Upon information and belief, it is averred that Defendant(s) have a standard practice policy which contradicts it's duties pursuant to 15 USC 1861 s-2.

25. Plaintiff bring this action under 15 USC 1681 s-2(b), as distinguished from 15 USC 1681s-2(a).

26. There is no private cause of action under 15 USC 1681s-2(a).  Only the government can bring a cause of action under 15 USC 11681 s-2(a).  For example, the Attorney General could bring a claim on behalf of consumers under 15 USC 1681s-2(a).

27. But there is a private cause of action under 15 USC 1681s-2(b).  See the following case

law which distinguishes between the government right of action under 15 USC 1681s-

2(a), and the private cause of action under 15 USC 1681s-2(b).

Beisel v. ABN Ambro Mortgage, Inc., No. 07-2219, 2007 WL 2332494, *1 (E.D. Pa.
Aug. 10, 2007).
The Court granted furnisher's motion to dismiss and noted that it is well established that
to prevail on a FCRA claim Plaintiff "must prove [he] notified a credit reporting agency
of the dispute, the credit reporting agency then notified the furnisher of information, and
the furnisher of information failed to investigate or rectify the disputed charge.").

Marshall v. Swift River Academy, LLC, 2009 WL 1112768 (9th Cir. 2009).
The Court ruled that a consumer had no private right of action under FCRA against
furnisher for its failure to provide accurate information to consumer reporting agencies.

Catanzaro v. Experian Information Solutions, Inc., 671 F. Supp.2d 256, 260 (D. Mass.
2009).  The Court ruled that  notification by consumer reporting agency to information
furnisher was prerequisite for furnisher liability under FCRA.

Kaetz v. Chase Manhattan Bank, 2007 WL 1343700, *3 (M.D. Pa. 2006). The Court
dismissed the complaint, but only because Plaintiff failed to allege that he disputed the
accuracy of his debts to a credit agency, or that the credit agency thereafter reported
dispute to defendant.

28. Because Plaintiff first disputed the account with Defendant, and then disputed the

account with the credit reporting agency afterwards, and then Defendant(s) verified the

derogatory information to the Credit Reporting Agency without conducting a proper

investigation, Plaintiff does have a private cause of action against Defendant under these

particular circumstances.

6367935001

## LIABILITY

29. All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint.

30. Defendant(s) is liable for the acts committed by its agents under the doctrine of respondeat superior because Defendant's agents were acting within the scope of their employment with Defendant.

31. In the alternative, Defendant(s) is liable for the conduct of its agents / employees under the theory of joint and several liability because Defendant and its agents / employees were engaged in a joint venture and were acting jointly and in concert.

32. Any mistake made by Defendant would have included a mistake of law.

33. Any mistake made by Defendant would not have been a reasonable or bona fide mistake.

6367935001

## DAMAGES

34. All previous paragraphs of this complaint are incorporated by reference and made a part of this portion of the complaint.

35. At least $1.00 actual damages for Plaintiff, including but not limited to phone, fax, stationary, postage, etc.

36. $1,000.00 statutory damages Plaintiff pursuant to 15 USC 1681 et. seq.

37. Plaintiff suffered emotional distress, anger, frustration and confusion as a result of Defendant's illegal collection activity in an amount to be determined at trial.

38. For purposes of a default judgment, Plaintiff believes and avers that such anger, distress and confusion has a Dollar value to be proven at trial.

39. Defendant's conduct was willful, wanton and intentional, and therefore Plaintiff requests punitive damages in an amount of no less than $10,000.00.

## ATTORNEY FEES

40. All previous paragraphs of this complaint are incorporated by reference and made a part
    of this complaint.

41. Plaintiff is entitled to attorney fees pursuant to 15 USC 1681 et. seq., in the amount of
    $1,750.00 at a rate of $350.00 per hour, enumerated below.

| | | |
|---|---|---|
| a. | Consultation with client.  Numerous meetings.  Drafting of dispute letters | 2 |
| b. | Drafting, editing, review of complaint and related documents.  Organizing Exhibits and filing complaint and related documents | 1 |
| c. | Follow up contact with Defense | 2 |

5 x $350 = $1,750.00

42. Plaintiff's attorney fees continue to accrue as the case move forward.

43. The above stated attorney fees are for prosecuting this matter and reasonable follow up.

6367935001

## OTHER RLIEF

44. All previous paragraphs of this complaint are incorporated by reference and made a part of this portion of the complaint.

45. Plaintiff seeks injunctive relief barring further unlawful credit reporting and / or unlawful collection activity.

46. Plaintiff seeks such other relief as this Honorable Court may deem just and proper.

## JURY TRIAL

47. All previous paragraphs of this complaint are incorporated by reference and made a part of this portion of the complaint.

48. Plaintiff requests a jury trial in this matter.

49. Plaintiff demands a jury trial in this matter

Wherefore, Plaintiff demands judgment against Defendant(s) in the amount of no less than $12,750.00 as enumerated below.

$1.00 more or less actual damages.

$1,000.00 statutory damages pursuant to 15 USC 1681 et. seq.

$1,750 attorney fees

$10,000 punitive damages

_____

$12,750.00

Plaintiff seeks such additional relief as the Court deems just and proper.

_____     10/6/2011
Vicki Piontek, Esquire              Date
Supreme Court ID Number 83559
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
717-533-7472
Fax: 866-408-6735
palaw@justice.com

6367935001

EXHIBITS

Experian – Printable Full Report

**Account History:**
Collection as of Jan 2010

**VERIZON PENNSYLVANIA**
**Address:**          **Account Number:**
500 TECHNOLOGY DR     570748092....
WELDON SPRING, MO 63304
(877) 325-5156
**Address Identification Number:**
0037654545
**Status:**  Debt included in Bankruptcy.

**Status Details:**  This account is scheduled to continue on record until Feb 2015.

**Date Opened:**    **Type:**            **Credit Limit/Original Amount:**
02/2008            Utility              Unknown
**Reported Since:** **Terms:**           **High Balance:**
05/2008            1 Months             NA
**Date of Status:** **Monthly Payment:** **Recent Balance:**
06/2008            $0                   $0 as of 01/2010
**Last Reported:**  **Responsibility:**  **Recent Payment:**
01/2010            Individual           $0
**Creditor's Statement:**  Account closed at credit grantor's request.

**Account History:**
, May 2008
Debt included in Bankruptcy on June 30, 2008

**VERIZON PENNSYLVANIA**
**Address:**          **Account Number:**
500 TECHNOLOGY DR     570748092....
WELDON SPRING, MO 63304
(877) 325-5156
**Address Identification Number:**
0037654545
**Status:**  Debt included in Bankruptcy.

**Status Details:**  This account is scheduled to continue on record until Apr 2016.

**Date Opened:**    **Type:**            **Credit Limit/Original Amount:**
06/2008            Utility              Unknown
**Reported Since:** **Terms:**           **High Balance:**
12/2009            1 Months             NA
**Date of Status:** **Monthly Payment:** **Recent Balance:**
12/2009            $0                   $0 as of 01/2010
**Last Reported:**  **Responsibility:**  **Recent Payment:**
01/2010            Individual           $0
**Creditor's Statement:**  Account closed at credit grantor's request.

**Account History:**
Debt included in Bankruptcy on Dec 31, 2009

**VERIZON WIRELESS**
**Address:**          **Account Number:**
PO BOX 26055          6206335290....
MINNEAPOLIS, MN 55426
(800) 852-1922

file:///Users/johnplazza3/Desktop/Experian%20-%20Printable%20Full%20Report.webarch've

Page 9 of 21

Cynthia M. Newcomer
500 West Brown Street
Lock Haven, PA  17745

VERIZON WIRELESS-MIDANTIC ATLANTIC
P.O. Box 761
Attn; Customer Financial Services
Bedminster, NJ-07921

BY CERTIFIED U.S.  MAIL

Re: Cynthia M. Newcomer     SSN: ██████████
Reference / Account No.  6206335290XXXXX
Alleged Balance $375

## DISPUTE

    I wish to dispute the above referenced account.  I am requesting proof of the alleged debt.  I request a copy of the initial contract, and proof of late fees, interest, etc.

    This is a disputed account, and you must mark it as disputed on my credit report.

    Sincerely,

_Cynthia M. Newcomer_ (signature)          _11/18/10_
Cynthia M. Newcomer                         Date

6367935001                                                             11:57:41 a.m.   10-25-2011        18/23

Cynthia M. Newcomer
500 West Brown Street
Lock Haven, PA  17745

VERIZON PENNSYLVANIA INC.
500 TECHNOLOGY DR STE 300
WELDON SPRING, MO-63304-2225        BY CERTIFIED U.S.  MAIL

Re: Cynthia M. Newcomer      SSN: ▓▓▓▓▓
Reference / Account No. 570748092XXXX
Alleged Balance $68

### DISPUTE AND REQUEST FOR INVESTIGATION

   I wish to dispute the above referenced account.  I am requesting proof of the alleged debt.  I request a copy of the initial contract, and proof of late fees, penalties, etc.

   I am requesting an investigation of this account.

   This is a disputed account, and you must mark it as disputed on my credit report.

                        Sincerely,


                        _Cynthia M. Newcomer_                    1/31/11
                        Cynthia M. Newcomer                      Date

---

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Verizon Pennsylvania INC.
Street, Apt No. or PO Box No. 500 Technology Dr Ste 300
City, State, ZIP+4 Weldon Spring, MO-63304-2225



U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

Postmark
Here

7010 1060 0000 2371 6457

Sent To  Verizon Pennsylvania, INC
Street, Apt. No.; or PO Box No.  500 Technology DRIVE
City, State, ZIP+4  Weldon Spring, MO 63304

Cynthia M. Newcomer
500 West Brown Street
Lock Haven, PA  17745

VERIZON PENNSYLVANIA INC.
500 TECHNOLOGY DR STE 300
WELDON SPRING, MO-63304-2225

BY CERTIFIED U.S.  MAIL

Re: Cynthia M. Newcomer       SSN: ~~█~~
Reference / Account No. 570748092XXXX
Alleged Balance $68

## DISPUTE AND REQUEST FOR INVESTIGATION

I wish to dispute the above referenced account.  I am requesting proof of the alleged debt.  I request a copy of the initial contract, and proof of late fees, interest, etc.

I am requesting an investigation of this account.

This is a disputed account, and you must mark it as disputed on my credit report.

Sincerely,

_Cynthia M. Newcomer_                    12/21/10
Cynthia M. Newcomer                      Date

6367935001                                            11:58:06 a.m.   10-25-2011        21/23

Cynthia M. Newcomer
500 West Brown Street
Lock Haven, PA 17745
(570) 337-5715

Experian
P.O. Box 2002
Allen, TX 75013

**Re: Cynthia M. Newcomer       SSN:** ▮▮▮▮▮▮
**Verizon Reference / Account No. 6206335290XXXX**
**Alleged Balance $375**

### DISPUTE AND REQUEST FOR INVESTIGATION

Dear Experian:

I wish to dispute the above referenced account.  The charges are excessive and inflated.  The charges are not warranted by any existing contract.

   I am requesting an investigation of this matter pursuant to the Fair Credit Reporting Act, 15 USC 1681 et. seq.

Sincerely,

*Cynthia Newcomer*
Cynthia M. Newcomer                          Date 1/31/11

6367935001

11:58:13 a.m.    10-25-2011        22 /23

·. · · ·   03/25/2011   11:34      5703230550            WBDA                                    PAGE   13

**Experian**
A world of insight

Prepared for: CYNTHIA M NEWCOMER
Date: February 22, 2011
Report number: 3242-9395-12

Page 1 of 2

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may went to contact the source of the information.
The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

Deleted - This item was removed from your credit report
Remains - This item has been verified as accurate
Updated - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you
Investigated - This item was either updated or deleted; review this report to learn its outcome

### Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

| Credit Items | Outcome |
|---|---|
| VERIZON WIRELESS 6206335290.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

### Additional Information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013.
Copies will not be accepted.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0156653617

ılıılıı·ıılıılıılllıᵐⱼıllıᵐⱼllıılıılllᵐⱼllıılıılllll

0003269 01 MB 0.378 **AUTO** 0 0 7101 17745-391600   *C01-P01350-1

LOCK HAVEN PA 17745-3916
600 WEST BROWN ST
CYNTHIA M NEWCOMER



PO Box 9701
Allen, TX 75013

05/16/2011   15:25      5703238550              WBDA                    PAGE  02

IN THE COURT OF COMMON PLEAS
OF CLINTON COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Cynthia M. Newcomer                    :
500 West Brown Street                  :
Lock Haven, PA  17745                  :
                  Plaintiff   :
Vs.                                    :
VERIZON PENNSYLVANIA                   :
500 TECHNOLOGY DR                      :
WELDON SPRING, MO 63304               :
 and                               :
John Does 1-10                         :
and                                    :
X,Y,Z Corporations                     :
              Defendant(s)  :

### VERIFICATION

I, Cynthia M. Newcomer affirm that the statements contained in the attached complaint are true ad correct to the best of my knowledge understanding and belief.

_____  5/16/11
Cynthia M. Newcomer

FILED
CLINTON COUNTY, PA
2011 OCT 11 P 1:30
SHERRY L. MARKSON
PROTHONOTARY & CLERK

# Exhibit B

CHRISTOPHER H. WRIGHT & ASSOCIATES, P.C.
By: Christopher H. Wright, Esq.
Identification No.: 27091
West Valley Business Center                          Attorney For Defendant
940 West Valley Road, Suite 1904
Wayne, PA 19087
(610) 688-2526

---

IN THE COURT OF COMMON PLEAS OF CLINTON COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Cynthia M. Newcomer                          :
500 West Brown Street                        :
Lock Haven, PA 17745                         :
                          Plaintiff,         :
                                             :
            vs.                              :        No. 699-2011
Verizon Pennsylvania                         :
500 Technology Drive                         :
Weldon Spring, MO 63304                      :        **JURY TRIAL DEMANDED**
            and                              :
John Does 1-10                               :
and                                          :
X, Y. Z Corporations                         :
                          Defendants.        :

---

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), please take notice that on November 18, 2011,

Defendant Verizon Pennsylvania filed the attached Notice of Removal in the United States

District for the Eastern District of Pennsylvania.  The state court shall proceed no further with

this case.

BY:  _____
            Christopher H. Wright
            Counsel for Defendant
            Verizon Pennsylvania, Inc.

CHRISTOPHER H. WRIGHT & ASSOCIATES, P.C.
By: Christopher H. Wright, Esq.
Identification No.: 27091
West Valley Business Center
940 West Valley Road, Suite 1904          Attorney For Defendant
Wayne, PA 19087
(610) 688-2526

---

### IN THE COURT OF COMMON PLEAS OF CLINTON COUNTY, PENNSYLVANIA
### CIVIL ACTION-LAW

| | |
|---|---|
| Cynthia M. Newcomer<br>500 West Brown Street<br>Lock Haven, PA 17745 | : <br> : <br> : |
|                   Plaintiff, | : |
|       vs. | :      No. 699-2011 |
| Verizon Pennsylvania<br>500 Technology Drive<br>Weldon Spring, MO 63304<br>      and | : <br> : <br> :    **JURY TRIAL DEMANDED**<br> : |
| John Does 1-10<br>and<br>X, Y. Z Corporations | : <br> : <br> : |
|                Defendants. | : |

---

### CERTIFICATE OF SERVICE

    I, Christopher H. Wright, Esquire, hereby certify that service of a true and correct copy of Notice of Filing of Notice of Removal was made via U. S. First Class Mail to counsel below on
___11/18/2011___ .

Vicki Piontek, Esquire
951 Allentown Road
Lansdale, PA 19446


BY: _____
          CHRISTOPHER H. WRIGHT, ESQUIRE
          Attorney for Defendant
          Verizon Pensylvania, Inc.